# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
|     BRENNAN<br>         Plaintiff<br><br>      V.<br><br>    FERREIRA et al<br>         Defendant | CIVIL ACTION<br><br>NO.  1:16-12536-WGY |

## SETTLEMENT ORDER OF DISMISSAL

  Young, DJ

The Court having been advised on   December 8, 2017    that the above-entitled action has been settled as to Count II;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated as to Count II only.

By the Court,

  December 11, 2017                /s/ Jennifer Gaudet
      Date                      Deputy Clerk